1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 EASTERN DISTRICT OF CALIFORNIA

10

11 DENNIS MARIC,                                    )   1:12-cv-00102 LJO GSA
                                                    )
           Plaintiff,                               )   **ORDER ADOPTING FINDINGS AND**
12                                                  )   **RECOMMENDATIONS IN FULL**
      v.                                            )
13                                                  )   (Docket Entry No. 6)
   FRESNO COUNTY, et al.,                           )
14                                                  )
           Defendants.                              )
15 _____ )

16

17      On July 31, 2012, the Magistrate Judge issued Findings and Recommendations

18 recommending that certain causes of action be dismissed from this action.  The Findings and

19 Recommendations were served on Plaintiff and contained notice that any objections were to be

20 filed within thirty days (30) days.  (Doc. 6.)  Plaintiff has not filed objections.

21      In accordance with the provisions of Title 28 of the United States Code section 636

22 (b)(1)(c), this Court has conducted a de novo review of the case.  Having carefully reviewed the

23 entire file, the Court finds that the Findings and Recommendations are supported by the record

24 and proper analysis.

25 //

26 //

27

28                                          1

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations dated July 31, 2012, are ADOPTED IN FULL;

2.    Plaintiff may proceed on the following claims only:

    a.    Fourth Amendments claims of violations of privacy and seizure against Defendants Alvarado, Maldonado, Robinson and Burk, excessive force as against Defendant Robinson, and malicious prosecution as against Defendants Maldonado and Robinson;

    b.    Claims concerning violations of Article I, section 1, of the California Constitution as against Defendants Alvarado, Maldonado, Robinson and Burk;

    c.    State law assault and battery claims against Defendants Alvarado, Maldonado and Robinson;

    d.    State law false imprisonment claims against Defendants Alvarado, Maldonado and Burk;

3.    The following allegations are dismissed with prejudice:

    a.    Due process claims against Defendants Alvarado, Maldonado, Robinson and Burk;

    b.    Claims concerning violations of Article I, sections 13 and 15, of the California Constitution pertaining to Defendants Alvarado, Maldonado, Robinson and Burk;

    c.    All claims relating to conspiracy as against any Defendant;

4.    Finally, Defendants Fresno County and the Fresno County Sheriff's Department are dismissed with prejudice.

IT IS SO ORDERED.

2

1

**Dated:**    **September 4, 2012**                          /s/ **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28