# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MARIC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY, et al.,<br><br>　　　　Defendants. | 1:12-cv-00102 LJO GSA<br><br>**ORDER DIRECTING CLERK TO ISSUE SUMMONSES AND NEW CASE DOCUMENTS** |

**PROCEDURAL HISTORY**

Plaintiff Dennis Maric filed a complaint on January 23, 2012, naming numerous defendants and asserting various civil rights causes of action and other claims. (Doc. 1.) That same date, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. 2.) On January 27, 2012, District Judge Lawrence J. O'Neill denied Plaintiff's request to proceed without payment of the filing fee, and directed that the fee be paid no later than February 15, 2012. (Doc. 3.) On February 7, 2012, Plaintiff paid the required filing fee of $350.00.

On April 13, 2012, following initial screening, this Court dismissed the original complaint with leave to amend. Plaintiff was directed to file any amended complaint no later

1

than May 14, 2012. (Doc. 4.) On May 9, 2012, Plaintiff timely filed a First Amended Complaint ("FAC"). (Doc. 5.)

Following review of the FAC, on July 31, 2012, the undersigned issued Findings and Recommendations, concluding that Plaintiff could proceed on the following claims as they were sufficiently pled for purposes of pro se screening: (1) Fourth Amendment claims of violations of privacy and seizure against Defendants Alvarado, Maldonado, Robinson and Burk, excessive force as against Defendant Robinson, and malicious prosecution as against Defendants Maldonado and Robinson; (2) claims concerning violations of Article I, section 1, of the California Constitution claims as against Defendants Alvarado, Maldonado, Robinson and Burk; (3) state law assault and battery claims against Defendants Alvarado, Maldonado and Robinson; and (4) state law false imprisonment claims against Defendants Alvarado, Maldonado and Burk. Further, the undersigned concluded that the remaining claims, as well as improperly named defendants, should be dismissed with prejudice. Plaintiff was to file any objections within thirty days. (*See* Doc. 6.)

On September 5, 2012, Judge O'Neill issued an Order Adopting Findings and Recommendations in Full, noting Plaintiff did not file any objections. (Doc. 7.)

**ORDER**

In light of the foregoing, this Court directs the Clerk of the Court to issue summonses and new case documents. Plaintiff is directed to serve each remaining Defendant with a copy of the summons and the FAC in accordance with Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **September 5, 2012**              /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

2