IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MARIC,<br><br>             Plaintiff,<br><br>     v.<br><br>FRESNO COUNTY, et al.,<br><br>             Defendants. | Case No. 1:12-cv-00102 LJO GSA<br><br>ORDER RE. DEFENDANTS' MOTION TO COMPEL AND FOR SANCTIONS |

On June 12, 2013, Defendants Jon Alvarado, Todd Burk, John Robinson, and Fernando Maldonado ("Defendants") filed a Motion to Compel Responses to Interrogatories and Requests for Production, and for Monetary Sanctions. (Doc. 25). On July 19, 2013, the parties filed a Joint Statement re. Discovery Disagreement pursuant to this Court's Local Rule 251(c). (Doc. 31). The matter was heard on August 2, 2013, before the Honorable Gary S. Austin, United States Magistrate Judge. Plaintiff Dennis Maric appeared *in pro per* and Principal Deputy County Counsel for Fresno County, Bruce Johnson, appeared on behalf of Defendants.

During an in-court meet and confer session on the day of the hearing, the parties resolved all discovery disputes at issue in the motion to compel as follows:

Plaintiff provided verified responses to Defendants' interrogatories, leaving no outstanding disputes regarding any interrogatories propounded by Defendants.

Plaintiff provided Defendants with a complete, unredacted copy of the transcript of the August 11, 2010 hearing in the matter of *Mary Maric v. Dennis Maric* (Fresno County Superior

Court Case No. 10CEFL01834), thereby fully complying with Defendants' Requests for Production of Documents ("RFP") Nos. 1 and 2.

Defendants waived the right to obtain written responses to Defendants' remaining RFPs (i.e., RFP Nos. 3-9).

Both Plaintiff and Defendants waived or withdrew their respective requests for the imposition of discovery sanctions on the other side.

### Order

Based on the foregoing, the Court finds that all issues raised in Defendants' motion to compel have been resolved by the parties, leaving no issues for the Court to rule on.  Defendants' motion to compel is, therefore, MOOT.

IT IS SO ORDERED.

Dated:   **August 13, 2013**                              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE