**FILED**

**JUDGMENT ENTERED**

_____
                    **Date**
by _____A. Timken_____
                    **Deputy Clerk**
        **U.S. District Court**
   **Eastern District of California**
__XX____ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

DENNIS MARIC,

    Plaintiff,

vs.

    **JUDGMENT IN A CIVIL ACTION**

    1:12-cv-00102 SKO

ALVARADO, et al.,

    Defendants.
_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

    JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 04/16/2014.

DATED:  4/18/2014

    MARIANNE MATHERLY, Clerk

    /S/ Alice Timken
By:
    Deputy Clerk

jgm.civ
2/1/95