UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DENNIS MARIC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALVARADO, et al.,<br><br>　　　　　Defendants. | No. 1:12-cv-00102-SKO<br><br>**ORDER GRANTING IN PART PLAINTIFF'S "REQUEST FOR CONTINUANCE"**<br><br>**(Doc. 157)** |

On November 25, 2019, Plaintiff filed a "Request for Continuance" in which he requests that "all court dates" be continued by two months. (Doc. 157.) The Court previously continued the dispositive motions filing deadline to October 22, 2019, and the dispositive motions hearing date to December 4, 2019; the pretrial conference and jury trial are set for January 22, 2020, and March 17, 2020, respectively. (*See* Docs. 133, 151.)

Defendants filed a motion for summary judgment on October 22, 2019. (Doc. 152.) Plaintiff did not file a motion for summary judgment by the deadline and failed to oppose Defendants' motion for summary judgment. (*See* Doc. 156.)

In his request, Plaintiff states that he is "dealing with multiple family court issues and hearings along with criminal charges," with hearings scheduled in those cases on November 25, December 3, and December 4, 2019, and he has "not been able to keep up with four separate legal cases." (Doc. 157.) Defendants contend that Plaintiff has not shown good cause to modify any deadlines in the scheduling order and that Plaintiff had been in contact with Defendants' counsel throughout October 2019 regarding Defendants' summary judgment motion, but failed to mention any need for a continuance. (*See* Doc. 160 at 2–4.)

Considering Plaintiff's *pro se* status and the representations in the motion for continuance, (Doc. 157), the Court finds good cause to modify the scheduling order, *see* Fed. R. Civ. P. 16(b)(4), and continue the pretrial conference and trial dates to allow Plaintiff one last opportunity to respond to Defendants' motion for summary judgment. However, Plaintiff has not shown good cause to re-set the dispositive motions filing deadline, which passed on October 22, 2019, and has not offered any explanation why his request was filed approximately five weeks after the expiration of the deadline. Thus, the Court declines to extend the dispositive motions filing deadline.

Accordingly, for good cause shown, the Court GRANTS IN PART Plaintiff's request as follows:

1. The hearing on Defendants' motion for summary judgment is RE-SET for January 29, 2020, at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. Plaintiff's opposition, if any, is due **by no later than January 15, 2020**. Defendants' reply, if any, is due by no later than January 22, 2020. The Court reserves the right to vacate the hearing if later deemed appropriate.

2. The pretrial conference is CONTINUED to March 25, 2020, at 2:30 p.m., and the

jury trial is CONTINUED to May 27, 2020, at 8:30 a.m., in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **December 2, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE