UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MARIC,<br><br>            Plaintiff,<br><br>     v.<br><br>ALVARADO, et al.,<br><br>            Defendants. | No. 1:12-cv-00102-SKO<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES**<br><br>**SECOND ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br><br>**(Docs. 166, 168)** |

      This case is currently set for trial on July 28, 2020, with a pretrial conference set for May 27, 2020.  (*See* Doc. 168.)  On March 19, 2020, the Court directed Plaintiff to show cause by no later than April 20, 2020, why the case should not be dismissed, because Plaintiff failed to participate in drafting the required joint pretrial statement and failed to communicate with Defendants' counsel.  (*See* Doc. 166.)  The Court warned Plaintiff that "**failure to respond to this order may result in the Court vacating the pretrial conference and trial dates and may result in sanctions including the dismissal of the case without further notice.**"  (*Id.* at 2) (emphasis in original).  Plaintiff failed to file any response to the order by the deadline.[1]

      Due to Plaintiff's failure to respond to the order to show cause, the Court will vacate the pretrial conference and trial dates at this time, to be later re-set if appropriate depending upon

---

[1] Plaintiff has previously shown a lack of interest in prosecuting this case and the Court has warned Plaintiff regarding the possibility of terminating sanctions, the procedural history of which the Court recounted in its previous order.  (*See* Doc. 166 at 1–2.)

Plaintiff's response to this order.  However, considering Plaintiff's pro se status, and in view of the current coronavirus (COVID-19) pandemic, the evolving protocols and restrictions in the Eastern District of California, *see* General Orders Nos. 611–617, and the delays in mailing caused by the pandemic, the Court will give Plaintiff one final opportunity to show cause why the case should not be dismissed.  **Plaintiff is advised that failure to respond to this order may result in the Court dismissing this case without further notice.**

Accordingly, IT IS ORDERED:

1. **By no later than June 26, 2020,** Plaintiff shall **SHOW CAUSE in writing** why this case should not be dismissed for failure to prosecute and failure to comply with court orders. Failure to respond to this order may result the dismissal of the case without further notice.

2. The pretrial conference set for May 27, 2020, and the trial set for July 28, 2020, (*see* Doc. 168), are hereby VACATED.

IT IS SO ORDERED.

Dated:   **April 27, 2020**                              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE

2